**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | )     Case No. 26-1941 |
| | ) |
| DELAWARE DEPARTMENT OF LABOR, | ) |
| | ) |
| Appellant. | ) |

**APPELLEE'S RESPONSE TO JURISDICTIONAL ORDER**

Appellant Delaware Department of Labor appeals an April 13, 2026, order from the District Court for the District of Delaware granting enforcement of the United States of America's Petition to Enforce Department of Homeland Security Administrative Subpoena. Doc. 1-1. On April 27, 2026, this Court ordered the parties to file a written response addressing whether an order enforcing an administrative subpoena issued under 8 U.S.C. § 1225(d) is an appealable "final decision" under 28 U.S.C. § 1291 or otherwise immediately appealable. Doc. 4.

Under Third Circuit case law, "orders enforcing administrative subpoenas are subject to appellate review." *Univ. of Med. & Dentistry of New Jersey v. Corrigan*, 347 F.3d 57, 63 (3d Cir. 2003). These orders are considered "final" under 28 U.S.C. § 1291 "because there is no ongoing judicial proceeding that would be delayed by an appeal." *Id.* (citations omitted); *see also Chao v. Community Tr. Co.*, 474 F.3d 75, 79 (3d Cir. 2007) ("We have jurisdiction under 28 U.S.C. §§ 1291 and 1294(1) because this is an appeal from an order enforcing an administrative subpoena, which is a final order." (citation omitted)); *E.E.O.C. v. Bessemer Grp. Inc.*, 105 F. App'x 411, 413 (3d

1

Cir. 2004) ("We have jurisdiction to review the order of the district court [enforcing an administrative subpoena] pursuant to 28 U.S.C. § 1291.").

Accordingly, this Court has jurisdiction to review the April 13, 2026, order in this matter.

Respectfully Submitted,

Benjamin L. Wallace
United States Attorney

*/s/ Claudia Pare*
Claudia Pare
Assistant United States Attorney
*Counsel for Appellee*

Dated: May 1, 2026