UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-056

No. **26-1941**

UNITED STATES OF AMERICA

v.

DELAWARE DEPARTMENT OF LABOR,
                                        Appellant

(D. Del. No. 1:25-mc-00322)

Present:   FREEMAN and ROTH, *Circuit Judges*

1. Appellant's Emergency Motion for Stay Pending Appeal

2. Appellee's Letter Response Stating It Does Not Oppose Short Administrative Stay

                              Respectfully,
                              Clerk/dwb

_____ORDER_____

The District Court's April 13, 2026, order and the appellant's obligation to comply with the subpoena at issue are administratively STAYED pending this Court's consideration of the appellant's motion for a stay pending appeal.  The United States' response to the stay motion must be filed by May 19, 2026.  Any reply must be filed by May 22, 2026.

                              By the Court,

                              s/ Arianna J. Freeman
                              Circuit Judge

Dated: May 12, 2026
cc:    Jennifer-Kate Aaronson, Esq.
       Ian R. Liston, Esq.
       Claudia L. Pare, Esq.
       Dylan J. Steinberg, Esq.



**A True Copy:**

Patricia S. Dodszuweit, Clerk