ECO-056

**No. 26-1941**

UNITED STATES OF AMERICA

v.

DELAWARE DEPARTMENT OF LABOR,
Appellant

(D. Del. No. 1:25-mc-00322)

Present:   FREEMAN and ROTH, *Circuit Judges*

1.  Appellant's Emergency Motion for Stay pending Appeal

2.  Appellee's Response in Opposition

3.  Appellant's Reply

Respectfully,
Clerk/dwb

_____ORDER_____

The foregoing motion for stay pending appeal is DENIED.

By the Court,

s/ *Arianna J. Freeman*
Circuit Judge

Dated: May 27, 2026
Jennifer-Kate Aaronson, Esq.
Ian R. Liston, Esq.
Claudia L. Pare, Esq.
Dylan J. Steinberg, Esq.



**A True Copy:**

Patricia S. Dodszuweit, Clerk