**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

---

No. 26-1941

---

UNITED STATES OF AMERICA,
       *Petitioner-Appellee*,


v.


DELAWARE DEPARTMENT OF LABOR,
       *Respondent-Appellant*

---

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE
(Miscellaneous Action No. 25-mc-322-CFC)

---

**Unopposed Motion to Dismiss Appeal**

---

JENNIFER KATE AARONSON
IAN LISTON
*Deputy Attorneys General*
Delaware Department of Justice
State Office Building
820 North French Street
Wilmington, Delaware 19801
302.683.8875
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for Respondent-
Appellant Delaware
Department of Labor*

i

On May 8, 2026, the District Court in this case denied the State of Delaware's Motion to Stay Pending appeal and set a 5-day deadline for compliance with the subpoena at the heart of this matter. The parties agreed to an administrative stay pending resolution of Delaware's motion to stay pending appeal in this Court. On May 27, 2026, this Court denied Delaware's motion to stay pending appeal. Shortly thereafter, the parties conferred and Delaware produced documents responsive to the subpoena to the United States on May 28, 2026.

Given that Delaware has complied with the subpoena to which it objected in this matter, there remains no effectual relief that this Court can offer to remedy any injury, and this case is moot. *United Steel Paper & Forestry Rubber Mfg. Allied Indus. & Serv. Workers Int'l Union AFL-CIO-CLC v. Virgin Islands*, 842 F.3d 201, 208 (3d Cir. 2016); *In re World Imports Ltd.*, 820 F.3d 576, 582 (3d Cir. 2016). The United States does not oppose the motion to dismiss the present appeal. Each party shall bear its own costs. Appellants respectfully request that this Court dismiss this appeal as moot pursuant to Federal Rule of Appellate Procedure 42(b)(2).

Respectfully submitted.

/s/  *Ian Liston*

Ian Liston
Jennifer Kate Aaronson
Deputy Attorneys General

Dated: June 11, 2026

1

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and L.A.R. 31.1(c), I certify that:

1.      This motion complies with the type limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 199 words, excluding the parts exempted by Fed R. App. P. 32(f), and thus does not exceed the 5,200-word limit.

2.      This motion complies with the typeface requirements of Fed R. App. P. 32(a)(5) and the type-style requirements of Fed R. App. P. 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using the Microsoft Word word-processing system in Times New Roman that is at least 14 points.

3.      This motion complies with L.A.R. 31.1(c) in that prior to being electronically submitted, it was scanned by the following virus-detection software and found to be free from computer viruses:

Company: CrowdStrike

CrowdStrike Falcon Sensor

Dated: June 11, 2026                                              /s/  *Ian Liston*
                                                                 Deputy Attorney General

## **CERTIFICATION OF BAR MEMBERSHIP**

I certify that that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: June 11, 2026                    /s/  *Ian Liston*
                                        Deputy Attorney General