# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1941

USA v. Delaware Department of Labor

(U.S. District Court No.: 1:25-mc-00322)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    June 11, 2026
DWB/CLW/cc: Jennifer-Kate Aaronson, Esq.
                Daniel Cappelletti, Esq.
                Ian R. Liston, Esq.
                Randall C. Lohan,
                Claudia L. Pare, Esq.
                Dylan J. Steinberg, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate